IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JGC INVESTMENTS ORLEANS SQUARE, LLC, and JGC INVESTMENTS, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | 8:22CV148<br><br>ORDER ON STIPULATIONS FOR DISMISSAL WITH PREJUDICE |

    This case is before the Court on the parties' Stipulations for Dismissal with Prejudice. Filing 26; Filing 27. The Stipulations are identical except that the first one lacks Defendant's counsel's signature. The record reflects that the case has settled and that the second Stipulation for Dismissal with Prejudice, Filing 27, signed by attorneys for all parties, is in compliance with the August 2, 2023, Order entered after advice of settlement. Filing 25. Accordingly,

    IT IS ORDERED that the parties' Stipulations for Dismissal with Prejudice, Filing 26 and Filing 27, are granted, and this case is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

    Dated this 31st day of August, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge